Decided September 14, 1994

## OOPS, INC. *v.* GUSTAVE A. DECORTIN

The defendant's petition for certification for appeal from the Appellate Court (AC 13508) is denied.

*Gustave A. DeCortin,* pro se, in support of the petition.

*David W. Griffin,* in opposition.

Decided September 14, 1994

## GARLAND HALL *v.* GILBERT AND BENNETT MANUFACTURING COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 13523) is denied.

*Stewart M. Casper,* in support of the petition.

Decided September 14, 1994

## PAUL REEDER *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 13507) is denied.

*Paul Reeder,* pro se, in support of the petition.

*Beth Z. Marguiles,* assistant attorney general, in opposition.

Decided September 14, 1994